UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENKA PERFORMANCE ELASTOMER LLC | CIVIL ACTION |
| VERSUS | NO. 23-147 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, ADMINISTRATOR | SECTION: "J"(5) |

# ORDER

Before the Court is Plaintiff's *Unopposed Motion to Transfer* **(Rec. Doc. 15)** filed by Plaintiff, Denka Performance Elastomer LLC ("Denka"). Plaintiff moves to transfer this action according to Local Rule 3.1 and 3.1.1, citing two related proceedings currently pending before Section "M" of this Court.

Local Rule 3.1 defines a collateral proceeding as a civil matter that comprises all or a material part of the subject matter or operative facts of another action. LR 3.1. Local Rule 3.1.1 provides that collateral proceedings must be transferred to the section with the earlier-filed case, unless the two judges involved determine that some other procedure is in the interest of justice. LR 3.1.1. The opinion of the transferee judge prevails. *Id.*

Here, the two cases pending in Section "M" are a nuisance action and an environmental tort action filed by residents of St. John the Baptist Parish against Denka because of Denka's chloroprene emissions. (Rec. Doc. 15, at 7). In the instant case, Denka requests this Court enjoin EPA's determination of an appropriate chloroprene emissions level. *Id.* at 8.

The Court finds that, although chloroprene emissions are at issue in both cases, the similarities stop there. This case involves different parties (the Environmental Protection Agency and its administrator, Michael S. Regan), different operative facts (the procedure for setting risk-based requirements, the history and communications between the EPA and Denka), and different legal questions (declaratory and injunctive relief against a federal agency). Therefore, this case is not a collateral proceeding to the two pending cases referenced in Plaintiff's motion. Further, in the interest of justice, both the undersigned and the transferee judge agree that transfer is improper. Accordingly,

**IT IS HEREBY ORDERED** that the motion is **DENIED**, and this case shall not be transferred out of this section.

New Orleans, Louisiana, this 1st day of February, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE